UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                                    TELEPHONE (334) 954-3600

May 4, 2023

NOTICE OF ASSIGNMENT

To:     All Counsel of Record

Re:     **Grams v. Treis Blockchain, LLC et al**
Civil Action No.    **3:23-cv-00299**

The above-styled case has been assigned to Judge **Stephen M. Doyle** as presiding judge.

Please note that the case number is now **3:23-cv-00299-SMD**. The new case number should be used on all future correspondence and pleadings.