**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                         TELEPHONE (334) 954-3600

May 4, 2023

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

To:     Mark Grams

From:   Clerk's Office

Case Style:         Grams v. Treis Blockchain, LLC et al

Case Number:        3:23-cv-00299-SMD

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date. Please refer to attachment.**