IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MARK GRAMS,

　　　　Plaintiff,

v.

Treis Blockchain, LLC,

　　　　Defendants,

CASE NO. 3:23-CV-299

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Mark Grams, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

5/4/23
Date

(Signature)

Jonathan K. Corley
(Counsel's Name)

**Mark Grams**
Counsel for (print names of all parties)

Post Office Box 106
Opelika, Alabama 36803
Address, City, State Zip Code

(334) 745-7766
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jonathan K. Corley_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by certified mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 4_____day of May_____ 2023, to:

Treis Blockchain, LLC, Michael Bolick, Senter Smith, Brian Lambretti, David Pence

601 Hitech Court, Greer, SC 29650

Chain Enterprises, LLC and John Chain

3900 S. Hualapai, Suite 100 Las Vegas, Nevada 89147

Cevon Technologies, LLC, 850 New Burton Rd, Ste. 201, Dover, DE 19904

Stronghold Digital Mining, LLC, 2151 Lisbon Rd. Kennerdell, PA 16374

5/4/23
Date

Signature