# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| **Mark Grams** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**Treis Blockchain, LLC, et al.** )<br>)<br>*Defendant* ) | Civil Action No. 3:23-cv-299 |

## AFFIDAVIT OF SERVICE

I, Regina Bonner, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Stronghold Digital Mining, LLC in New Castle County, DE on May 15, 2023 at 2:52 pm at 251 Little Falls Dr, Wilmington, DE 19808 by leaving the following documents with Jane Doe (refused name) who as Clerk at Corporation Service Companyis authorized by appointment or by law to receive service of process for Stronghold Digital Mining, LLC.

SUMMONS IN A CIVIL ACTION

Additional Description:
I delivered the documents to the Registered Agent Corporation Service Company clerk, and they were logged into their iPad.

White Female, est. age 50, glasses: N, Brown hair, Unknown, Unknown.
Geolocation of Serve: https://google.com/maps?q=39.747467041,-75.6109081662
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in <u>New Castle County</u>, <u>DE</u> on <u>5/17/2023</u>.

*/s/ Regina Bonner*

Signature
Regina Bonner
(215) 980-7916

# Exhibit 1

Exhibit 1a)

