# UNITED STATES DISTRICT COURT

for the
Middle District of Alabama

| | | |
|---|---|---|
| **Mark Grams** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-299 |
| | ) | |
| | ) | |
| **Treis Blockchain, LLC, et al.** | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, James  Bagwell, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Treis Blockchain, LLC in Greenville County, SC on May 19, 2023 at 1:25 pm at 601 Hitech Court, Greer, SC 29650 by leaving the following documents with Hayden Hosom who as Employee Authorized to Accept is authorized by appointment or by law to receive service of process for Treis Blockchain, LLC.

SUMMONS IN A CIVIL ACTION

Additional Description:
I delivered the documents to Hayden Hosom, the Employee, who was authorized to accept them.

Male, est. age 30-40, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *James Bagwell*

_____

Signature
James  Bagwell
+1 (864) 380-8582

Executed in

__Greenville County_____,

___SC_____ on ___5/22/2023_____.