# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| **Mark Grams** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-299 |
| ) | |
| ) | |
| **Treis Blockchain, LLC, et al.** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Brendan Bellamy, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Cevon Technologies, LLC in Kent County, DE on May 19, 2023 at 1:35 pm at 850 New Burton Rd, Suite # 201, Dover, DE 19904 by leaving the following documents with Teresa Grandison who as Administrative Assistant at Cogency Global, Inc.is authorized by appointment or by law to receive service of process for Cevon Technologies, LLC.

Summons in a Civil Action

Additional Description:
I was buzzed in and went to the 2nd-floor. I delivered the documents to Teresa Grandison, Administrative Assistant for Registered Agent Cogency Global, Inc.

Black or African American Female, est. age 30, glasses: Y, Black hair, 200 lbs to 220 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.1486816406,-75.5306111646
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

|  |  |
|---|---|
| | /s/ *Brendan Bellamy* |
| | Signature |
| Executed in | Brendan Bellamy |
|   Kent County                  , | +1 (302) 359-8255 |
|   DE   on   5/22/2023     . | |

Executed in Kent County, DE on 5/22/2023.

/s/ *Brendan Bellamy*
Signature
Brendan Bellamy
+1 (302) 359-8255

# Exhibit 1

Exhibit 1a)

