| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Brian Lambretti<br>601 Hitech Ct.<br>Greer, SC 29650 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7103 1251 2355 10 | 3. Service Type<br>☐ Adult Signature  ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☒ Certified Mail®  ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☒ Signature Confirmation™<br>☐ Collect on Delivery  ☐ Signature Confirmation<br>☐ Collect on Delivery Restricted Delivery  Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 2410 0002 7736 2434 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>(over $500) |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7103 1251 2355 10

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Whittelsey and Corley, LLC
600 Ave A
Opelika, AL 36801