UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS,<br>an individual Alabama citizen,<br><br>  Plaintiff,<br><br>v.<br><br>TREIS BLOCKCHAIN, LLC,<br>CHAIN ENTERPRISES, LLC,<br>CEVON TECHNOLOGIES, LLC,<br>STRONGHOLD DIGITAL MINING LLC,<br>DAVID PENCE, MICHAEL BOLICK,<br>SENTER SMITH,<br>BRIAN LAMBRETTI, AND JOHN<br>CHAIN,<br><br>  Defendants. | Civil Action No. 3:23-cv-00299—SMD |

## MOTION AND APPLICATION FOR ADMISSION PRO HAC VICE

1. I, Carissa V. Sears, a/k/a Carissa Vivian Douglas (maiden name) respectfully request to appear on behalf of Plaintiff Mark Grams.

2. My business address is 1001 Bannock Street Suite 134, Denver, Colorado 80204.

3. Phone: 720.412.1172  Email: carissa@searslaw.org

4. My firm is The Sears Law Office, LLC.

5. I attended the University of Colorado School of Law commencing August 1999 and completing my degree in May of 2002, at which time I received my Juris Doctor degree.

6. I have never applied for admission to the bar of the Supreme Court of Alabama.

7. I am a member in good standing with the State of Colorado. I was admitted in Colorado in October 2002.

8. I am a member in good standing with the State of New York, where I maintain my license under the maiden name in which I practiced there. I was admitted in New York in October 2005.

9. I am a member in good standing with the United States District Court for the District of Colorado; my certificate of good standing is attached hereto.

10. I am a member in good standing with the United States Court of Appeals for the Tenth Circuit.

11. I am not regularly engaged in the practice of law in the State of Alabama.

12. I have never been refused admission to practice in any federal or state court.

13. I do not have any pending disciplinary charges.

14. I have never been cited for contempt by any federal or state court.

15. In 2014 I was suspended from practicing in Colorado for approximately 24 hours until I turned in my CLE form.

16. I understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and agree to abide by it in this Court.

17. I agree to read and abide by the Local Rules of the United States District Court and the United States Bankruptcy Court for the Middle District of Alabama, the Standing Orders of these Courts, and the Administrative Procedures for Electronic Filing, and to become familiar with all of them prior to making any filings or appearances before these Courts.

18. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of June, 2023.

                                              Respectfully submitted,

                                              */s/ Carissa V. Sears*

                                              Carissa V. Sears, Esq.
                                              **THE SEARS LAW OFFICE, LLC**
                                              1001 Bannock Street, Suite 134
                                              Denver, Colorado 80204
                                              720.412.1172
                                              carissa@searslaw.org
                                              ***Attorney for Plaintiff***



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Carissa V. Sears

Admission date: 02/01/2018

was admitted to practice in this court
and is in good standing.

Dated: May 9, 2023    *Jeffrey P. Colwell*