**EXHIBIT A TO BOLICK MOTION TO DISMISS**

**IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| MARK GRAMS,<br>An individual Alabama citizen,<br><br>    Plaintiff,<br><br>v.<br><br>TREIS BLOCKCHAIN, LLC,<br>CHAIN ENTERPRISES, LLC,<br>CEVON TECHNOLOGIES, LLC,<br>STRONGHOLD DIGITAL MINING,<br>LLC, DAVID PENCE, MICHAEL<br>BOLICK, SENTER SMITH,<br>BRIAN LAMBRETTI, AND<br>JOHN CHAIN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.:<br>)   3:23-CV-00299-SMD<br>)<br>)<br>)<br>)   AFFIDAVIT OF<br>)   DAVID PENCE IN<br>)   SUPPORT OF DEFENDANT<br>)   MICHAEL BOLICK'S<br>)   MOTION TO DISMISS<br>)<br>)<br>)<br>) |

I, David Pence, swear and affirm as follows:

1. My name is David Pence, and I am a Co-Founder and Managing Director of Defendant Treis Blockchain, LLC ("Treis") in the above-captioned case.

2. I am over the age of eighteen and have personal knowledge of and am competent to testify about the matters addressed in this declaration.

3. I submit this declaration in support of Defendant Michael Bolick's Motion to Dismiss Plaintiff's Complaint.

4. Michael Bolick is also a Co-Founder and Managing Director of Treis.

5. Treis's office is located at 601 Hitech Court, Greer, South Carolina 29650.

6. On or about May 8, 2023, I received documents at Treis's office via certified mail addressed to Michael Bolick, 601 Hitech Court, Greer, SC 29650 which included of a copy of the summons and complaint in this matter.

7. I am not authorized to receive service of process on behalf of Michael Bolick, nor has Michael Bolick given consent for me to receive service of process on his behalf.

Further Declarant sayeth not.

This the 20 day of June 2023.

_____
David Pence