IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS,<br>An individual Alabama citizen,<br><br>Plaintiff,<br><br>v.<br><br>TREIS BLOCKCHAIN, LLC,<br>CHAIN ENTERPRISES, LLC,<br>CEVON TECHNOLOGIES, LLC,<br>STRONGHOLD DIGITAL MINING,<br>LLC, DAVID PENCE, MICHAEL<br>BOLICK, SENTER SMITH,<br>BRIAN LAMBRETTI, AND<br>JOHN CHAIN,<br><br>Defendants. | Civil Action No.:<br>3:23-CV-00299-SMD<br><br>DECLARATION OF<br>MICHAEL BOLICK IN<br>SUPPORT OF CEVON<br>TECHNOLOGIES, LLC'S<br>MOTION TO DISMISS |

I, Michael Bolick, swear and affirm as follows:

1. My name is Michael Bolick, and I am a Co-Founder and Managing Director of Defendant Treis Blockchain, LLC ("Treis") in the above-captioned case. I was a member of Cevon Technologies, LLC ("Cevon").

2. I am over the age of eighteen and have personal knowledge of and am competent to testify about the matters addressed in this declaration.

3. I submit this declaration in support of Defendant Cevon's Motion to Dismiss Plaintiff's Complaint.

4. Cevon was a limited liability company formed under the laws of Delaware on October 7, 2020 by Treis, Treis's members, Chain Enterprises, LLC ("CEL"), and John Chain. Cevon's principal place of business was in Greenville, South Carolina.

1

5. I executed a certificate of cancellation of Cevon's certificate of formation on April 10, 2023, which was subsequently filed with the State of Delaware on May 9, 2023.

6. I was born in Decatur, Alabama but my parents moved us from that state before my second birthday and I have never been a resident of Alabama since then.

7. I have never worked in Alabama.

8. None of Cevon's other members ever lived or worked in Alabama.

9. Cevon has never maintained an office or branch in Alabama, done business in Alabama, or maintained any bank accounts in Alabama or had a phone listing in Alabama.

10. Cevon has never owned property, real or personal, in Alabama.

11. Prior to this litigation, Cevon has never been involved in any prior litigation in Alabama and has never availed itself of the Alabama courts. I do not have personal property located in Alabama.

12. Other than the Plaintiff, the persons having knowledge concerning Cevon and the allegations against Cevon in the Amended Complaint reside outside of Alabama.

Further Declarant sayeth not.

This the 22 day of June 2023.

_____
Michael Bolick, on Behalf of Cevon Technologies, LLC