# IN THE MIDDLE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, )<br>An individual Alabama citizen, )<br>　)<br>　　　Plaintiff, )<br>　)<br>　)<br>　)<br>v. )<br>　)<br>TREIS BLOCKCHAIN, LLC, )<br>CHAIN ENTERPRISES, LLC, )<br>CEVON TECHNOLOGIES, LLC, )<br>STRONGHOLD DIGITAL MINING, )<br>LLC, DAVID PENCE, MICHAEL )<br>BOLICK, SENTER SMITH, )<br>BRIAN LAMBRETTI, AND )<br>JOHN CHAIN, )<br>　)<br>　　　Defendants. | **Civil Action No.:**<br>**3:23-CV-00299-SMD**<br><br>**AFFIDAVIT OF**<br>**DAVID PENCE IN**<br>**SUPPORT OF DEFENDANT**<br>**BRIAN LAMBRETI'S**<br>**MOTION TO DISMISS** |

I, David Pence, swear and affirm as follows:

1. My name is David Pence, and I am the Managing Director of Defendant Treis Blockchain, LLC ("Treis") in the above-captioned case.

2. I am over the age of eighteen and have personal knowledge of and am competent to testify about the matters addressed in this declaration.

3. I submit this declaration in support of Defendant Brian Lambreti's Motion to Dismiss Plaintiff's Complaint.

4. Brian Lamberti is an employee of Treis Blockchain, LLC, in the role of Fleet Manager.

1

5. On or about May 8, 2023, I received documents at Treis's office via certified mail addressed to Brian Lambretti, 601 Hitech Court, Greer, Sc 29650 which included a copy of a summons and complaint.

6. I am not authorized to received service of process on behalf of Brian Lamberti, nor has Brian Lamberti given consent for me to receive service of process on his behalf.

Further Declarant sayeth not.

This the 20 day of June 2023.

_____
David Pence