IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS,<br>An individual Alabama citizen,<br><br>　　Plaintiff,<br><br>v.<br><br>TREIS BLOCKCHAIN, LLC,<br>CHAIN ENTERPRISES, LLC,<br>CEVON TECHNOLOGIES, LLC,<br>STRONGHOLD DIGITAL MINING,<br>LLC, DAVID PENCE, MICHAEL<br>BOLICK, SENTER SMITH,<br>BRIAN LAMBRETTI, AND<br>JOHN CHAIN,<br><br>　　Defendants. | Civil Action No.:<br>3:23-CV-00299-SMD<br><br>DECLARATION OF<br>BRIAN LAMBERTI<br>IN SUPPORT OF<br>MOTION TO DISMISS |

I, Brian Lamberti, swear and affirm as follows:

1. My name is Brian Lamberti and I am Fleet Manager of Defendant Treis Blockchain, LLC ("Treis") in the above-captioned case.

2. I am over the age of eighteen and have personal knowledge of and am competent to testify about the matters addressed in this affidavit.

3. I submit this affidavit in support of my Motion to Dismiss Plaintiff's Complaint.

4. I have lived in Greenville County, South Carolina since April 1998.

5. I have been a co-owner of Pelham Falls Deli and Catering in Greenville, South Carolina since 2001.

6. I have been an employee of Treis since 2018.

1

7. I have never been a resident of Alabama.

8. I have never owned real estate in Alabama.

9. I do not and have never owed child support or alimony in Alabama.

10. I do not and have never owned personal property in Alabama.

11. I do not and have never had an office in Alabama.

12. I do not have any family in Alabama.

13. I have never, prior to this litigation, been involved in litigation in Alabama.

14. I have never availed myself of the courts in Alabama.

15. Treis's office is located at 601 Hitech Court, Greer, South Carolina 29650. This address is not my dwelling or usual place of abode.

16. I did not and have not authorized or given consent for David Pence to accept service of process on my behalf.

17. Neither Mark Grams nor anyone acting on his behalf has personally delivered a copy of a summons and complaint to me.

Further Declarant sayeth not.

This the 22 day of June 2023.

_____
Brian Lamberti

2