IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS,<br>An individual Alabama citizen,<br><br>Plaintiff,<br><br>v.<br><br>TREIS BLOCKCHAIN, LLC,<br>CHAIN ENTERPRISES, LLC,<br>CEVON TECHNOLOGIES, LLC,<br>STRONGHOLD DIGITAL MINING,<br>LLC, DAVID PENCE, MICHAEL<br>BOLICK, SENTER SMITH,<br>BRIAN LAMBRETTI, AND<br>JOHN CHAIN,<br><br>Defendants. | Civil Action No.:<br>3:23-CV-00299-SMD<br><br>**AFFIDAVIT OF**<br>**MATTHEW SMITH**<br>**IN SUPPORT OF**<br>**STRONGHOLD DIGITAL**<br>**MINING LLC's MOTION**<br>**TO DISMISS** |

I, Matthew Smith, swear and affirm as follows:

1. My name is Matthew Smith, and I am an Authorized Person of Stronghold Digital Mining LLC ("Stronghold") and Chief Financial Officer of its affiliate, Stronghold Digital Mining, Inc. in the above-captioned matter.

2. I am over the age of eighteen and have personal knowledge of and am competent to testify about the matters in this affidavit.

3. I submit this affidavit in support of Stronghold's Motion to Dismiss Plaintiff's Amended Complaint.

4. Stronghold is a limited liability company formed under the laws of Delaware and whose corporate office is located at 2151 Lisbon Road, Kennerdell, Pennsylvania.

5. Stronghold is a bitcoin mining operation which together with its affiliates, operates two power facilities, the Scrubgrass Plant in Venango County, Pennsylvania, and the Panther Creek Plant in Carbon County, Pennsylvania.

1

6. All of Stronghold's offices, buildings, facilities and equipment are located in Pennsylvania and New York.

7. Stronghold has never owned or operated a power facility in Alabama.

8. Stronghold has never had an office in Alabama or owned property, real or personal, in Alabama.

9. Stronghold has never done business in Alabama and does not have any bank accounts in Alabama.

10. Stronghold, prior to this litigation, has never been involved in litigation in Alabama.

11. Stronghold has never availed itself of the courts in Alabama.

Executed this 22nd day of June 2023.

BY: _____
Matthew Smith
Authorized Person

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ALLEGHENY

I, Chelsey Elaine Hartman, Notary Public, do hereby certify that Matthew Smith personally appeared before me this day and acknowledged due execution of the foregoing instrument. Witness my hand and official seal, this the 22nd day of June 2023.

My Commission Expires: April 27, 2026    _Chelsey Elaine Hartman_
                                                Notary Public

Commonwealth of Pennsylvania - Notary Seal
CHELSEY ELAINE HARTMAN - Notary Public
Allegheny County
My Commission Expires April 27, 2026
Commission Number 1420042