**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                 TELEPHONE (334) 954-3600

June 23, 2023

## NOTICE OF DEFICIENCY
## REGARDING CORPORATE/
## CONFLICT STATEMENT

**To:**   **Michael Bolick, Cevon Technologies, LLC, Brian Lambretti, & Stronghold Digital Mining, LLC**

**From:  Clerk's Office**

**Case Style:**          **Grams v. Treis Blockchain, LLC et al**

**Case Number:**      **3:23-cv-00299-SMD**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**<span style="color:red">No corporate/conflict disclosure statement has been filed by you in this action.</span>**

**This deficiency must be corrected within ten (10) days from this date. Please refer to attachment.**