IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS,<br>An individual Alabama citizen,<br><br>    Plaintiff,<br><br>v.<br><br>TREIS BLOCKCHAIN, LLC,<br>CHAIN ENTERPRISES, LLC,<br>CEVON TECHNOLOGIES, LLC,<br>STRONGHOLD DIGITAL MINING,<br>LLC, DAVID PENCE, MICHAEL<br>BOLICK, SENTER SMITH,<br>BRIAN LAMBRETTI, AND<br>JOHN CHAIN,<br><br>    Defendants. | Civil Action No.:<br>3:23-CV-00299-SMD<br><br>DECLARATION OF<br>TREIS BLOCKCHAIN, LLC<br>IN SUPPORT OF<br>MOTION TO DISMISS |

I, Michael Bolick, swear and affirm as follows:

1. My name is Michael Bolick and I am a Co-Founder and Managing Director of Defendant Treis Blockchain, LLC ("Treis") in the above-captioned case.

2. I am over the age of eighteen and have personal knowledge of and am competent to testify about the matters addressed in this declaration.

3. I submit this declaration in support of Defendants' Treis Blockchain, LLC's Motion to Dismiss Plaintiff's Complaint.

4. Treis's only office is in Greenville, South Carolina, and Treis does not have an office or branch in Alabama.

5. Treis has not done business in Alabama.

6. Treis does not have an Alabama telephone listing.

1

7. Treis does not have an Alabama bank account.

8. Treis does not have real or personal property in Alabama;

9. Other than the above-captioned lawsuit, Treis has not been involved in any prior litigation in Alabama or availed itself of the courts in Alabama.

10. All of the physical equipment at issue in this litigation is located in South Carolina and Pennsylvania, not Alabama.

11. Any of Treis's use of WAO2 was legal and permissible under Treis's agreement with Grams, and occurred in South Carolina and Pennsylvania.

Further Declarant sayeth not.

This the 22 day of June 2023.

_____
Michael Bolick, on Behalf of Treis Blockchain, LLC