**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                              TELEPHONE (334) 954-3600

June 26, 2023

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

**To:**            Treis Blockchain, LLC

**From:**          **Clerk's Office**

**Case Style:**    Grams v. Treis Blockchain, LLC et al

**Case Number:**   3:23-cv-00299-SMD

Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date.   Please refer to attachment.**