IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MARK GRAMS, )
        Plaintiff, )
         )
v. ) CASE NO. 3:23-CV-00299-SMD
         )
TREIS BLOCKCHAIN, LLC, et al., )
        Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW TREIS BLOCKCHAIN, LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____
Date

_____
(Signature)

Joshua J. Jackson
(Counsel's Name)

Treis Blockchain, LLC
Counsel for (print names of all parties)
709 Avenue A.
P.O. Box
Address, City, State Zip Code
334-745-3504
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___EASTERN___ DIVISION

## CERTIFICATE OF SERVICE

I, Joshua J. Jackson_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _CM/EMF system_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _6th___ day of _July_____ 20_23_ to:

Jonthan K. Corley, Whittelsey & Corley, LLC

P.O. Box 106

Opelika, AL 36803-0106

jcorley@wwp-law.com

7/6/2023
Date

_____
Signature