IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MARK GRAMS, )
)
Plaintiff, )
)
v. ) CASE NO. 3:23-CV-00299-SMD
)
STRONGHOLD DIGITAL MINING, LLC, et al. )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Stronghold Digital Mining, LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____
Date

_____
(Signature)

Joshua J. Jackson
(Counsel's Name)

Stronghold Digital Mining, LLC
Counsel for (print names of all parties)

709 Avenue A.
P.O. Box
Address, City, State Zip Code
334-745-3504
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Joshua J. Jackson, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th day of July 2023, to:

Jonthan K. Corley, Whittelsey & Corley, LLC

P.O. Box 106

Opelika, AL 36803-0106

jcorley@wwp-law.com

7/6/2023
Date

Signature