# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS,  )<br>an individual Alabama citizen,  )<br>                                                              )<br>          Plaintiff,                               )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>TREIS BLOCKCHAIN, LLC,            )<br>CHAIN ENTERPRISES, LLC,          )<br>CEVON TECHNOLOGIES, LLC,      )<br>STRONGHOLD DIGITAL MINING, )<br>LLC, DAVID PENCE, MICHAEL     )<br>BOLICK, SENTER SMITH,              )<br>BRIAN LAMBRETTI, AND              )<br>JOHN CHAIN,                                  )<br>                                                              )<br>          Defendants.                          ) | **Civil Action No.**<br>**3:23-CV-00299-SMD** |

## ENTRY OF SPECIAL APPEARANCE

COMES NOW the undersigned attorney and files this, a Special Appearance and only a Special Appearance, in and on behalf of the Defendants Chain Enterprises, LLC and John Chain ("Defendant") for the sole and exclusive purpose of notifying the Court that these Defendants have been given an extension to respond to Plaintiff's Complaint and no default should be entered against them and these Defendants have not waived any defenses or objections to this lawsuit, the court's jurisdiction, and/or the venue of this action. The undersigned further states as follows:

1. The undersigned counsel spoke with Plaintiff's counsel and agreed that these Defendants have an extension until July 19, 2023 to file a response to Plaintiff's Complaint.

2. Plaintiff's attorney advised the undersigned that he plans to amend his Complaint.

WHEREFORE, premises considered, the undersigned requests this Honorable Court take notice of this Entry of Special Appearance and allow these Defendants until July 19, 2023 to file a response, without prejudice to the rights of these Defendants' to file defenses or objections to this lawsuit, the court's jurisdiction, and/or the venue of this action.

Respectfully submitted,

*/s/ Clifton E. Slaten*
**CLIFTON E. SLATEN (ASB-4091-N73C)**
**ATTORNEY FOR CHAIN ENTERPRISES, LLC and JOHN CHAIN**

**OF COUNSEL:**
**SLATEN LAW, P.C.**
**7027 Halcyon Park Drive**
Montgomery, Alabama   36117
(334) 396-8882 Telephone
(334) 398-8880 Facsimile
cslaten@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
PO Box 106
Opelika, AL 36803-0106
jcorley@wwp-law.com

Joshua J. Jackson
SAMFORD & DENSON, LLP
P.O. Box 2345
Opelika, AL 36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

*/s/ Clifton E. Slaten*
**Of Counsel**