IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS,<br>an individual Alabama citizen,<br><br>  Plaintiff,<br><br>vs.<br><br>TREIS BLOCKCHAIN, LLC,<br>CHAIN ENTERPRISES, LLC,<br>CEVON TECHNOLOGIES, LLC,<br>STRONGHOLD DIGITAL MINING,<br>LLC, DAVID PENCE, MICHAEL<br>BOLICK, SENTER SMITH,<br>BRIAN LAMBRETTI, AND<br>JOHN CHAIN,<br><br>  Defendants. | Civil Action No.<br>3:23-CV-00299-SMD |

## AFFIDAVIT/DECLARATION OF JOHN CHAIN

The affiant, John Chain, first being duly sworn according to law, testifies as follows:

1. My name is John Chain. I am over the age of 19, I am duly competent and qualified to make this affidavit, and the facts set forth herein are within my personal knowledge.

2. I am the sole member of Chain Enterprises, LLC.

3. I submit this declaration in support of Defendants Chain Enterprises, LLC's Motion to Dismiss Plaintiff's Complaint.

4. I, John Chain, am a resident of Wyoming.

5. Chain Enterprises, LLC is formed under the laws of the State of Nevada and has a Nevada address.

6. Chain Enterprises, LLC has not done business in Alabama.

7. Chain Enterprises, LLC does not have an Alabama telephone listing.

8. Chain Enterprises, LLC does not have an Alabama bank account.

9. Chain Enterprises, LLC does not have real or personal property in Alabama.

10. Other than the above-captioned lawsuit, Chain Enterprises, LLC, has not been involved in any prior litigation in Alabama or availed itself of the courts in Alabama.

11. I am not aware of any physical equipment at issue in this litigation that is located in the State of Alabama.


Further Affiant/Declarant sayeth not.

This the 17th day of July 2023.

_____
John Chain, on behalf of Chain Enterprises, LLC

STATE OF WYOMING       )
                       :
COUNTY OF Laramie      )

    I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that John Chain, whose name is signed to the foregoing **Affidavit/Declaration**, and who is known to me, acknowledged before me on this day, that, being informed of the contents of this conveyance, he executed the same voluntarily on this same date.

    Given under my hand and official seal this 18 day of July, 2023.

Stacy Lee Wood
Notary Public
My Commission Expires:
Nov 18, 2024

STACY LEE WOOD — NOTARY PUBLIC
COUNTY OF LARAMIE — STATE OF WYOMING
MY COMMISSION EXPIRES NOVEMBER 18, 2024