IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, an individual Alabama citizen, ) ) ) Plaintiff, ) ) vs. ) ) TREIS BLOCKCHAIN, LLC, ) CHAIN ENTERPRISES, LLC, ) CEVON TECHNOLOGIES, LLC, ) STRONGHOLD DIGITAL MINING, ) LLC, DAVID PENCE, MICHAEL ) BOLICK, SENTER SMITH, ) BRIAN LAMBRETTI, AND ) JOHN CHAIN, ) ) Defendants. ) | Civil Action No. 3:23-CV-00299-SMD |

## AFFIDAVIT/DECLARATION OF JOHN CHAIN

The affiant, John Chain, first being duly sworn according to law, testifies as follows:

1. My name is John Chain. I am over the age of 19, I am duly competent and qualified to make this affidavit, and the facts set forth herein are within my personal knowledge.

2. I submit this declaration in support of John Chain's Motion to Dismiss Plaintiff's Complaint.

3. I, John Chain, am a resident of Wyoming.

4. I have not done business in Alabama.

5. I do not have an Alabama telephone listing.

6. I do not have an Alabama bank account.

7. I do not have real or personal property in Alabama.

8. Other than the above-captioned lawsuit, I have not been involved in any prior litigation in Alabama or availed myself of the courts in Alabama.

9. I am not aware of any physical equipment at issue in this litigation that is located in the State of Alabama.

10. I have never met the Plaintiff, Mark Grams, in person.

Further Affiant/Declarant sayeth not.

This the 17th day of July 2023.

_____
John Chain

STATE OF WYOMING        )
                        :
COUNTY OF Laramie       )

I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that John Chain, whose name is signed to the foregoing *Affidavit/Declaration*, and who is known to me, acknowledged before me on this day, that, being informed of the contents of this conveyance, he executed the same voluntarily on this same date.

Given under my hand and official seal this 18 day of July, 2023.

_____
Notary Public
My Commission Expires:
Nov 18, 2024

