IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:23-CV-00299-SMD ) |
| TREIS BLOCKCHAIN, LLC, et al., | ) ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW John Chain, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[✓] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                               Relationship to Party

_____                _____

_____                _____

_____                _____

_____

July 20, 2023                                      Signature /s/ Clifton E. Slaten
Date                                                    Counsel

John Chain
Counsel for (print names of all parties)

7027 Halcyon Park Dr., Montgomery, AL 36117
Address, City, State Zip Code

(334) 396-8882
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
PO Box 106
Opelika, AL 36803-0106
jcorley@wwp-law.com

Joshua J. Jackson
SAMFORD & DENSON, LLP
P.O. Box 2345
Opelika, AL 36803-2345
Telephone (334) 745-3504
jackson@samfordlaw.com

/s/ Clifton E. Slaten
**Of Counsel**