IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-299-SMD |
| ) | |
| TREIS BLOCKCHAIN, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff Mark Grams filed this action on May 4, 2023. Compl. (Doc. 1). Federal Rule of Civil Procedure 4(m) mandates that a defendant be served within 90 days of the filing of a complaint or else be dismissed without prejudice. FED. R. CIV. P. 4(m). Plaintiff has failed to serve Defendant Senter Smith and Defendant David Pence within 90 days. Accordingly, it is

ORDERED that Plaintiff shall effectuate service of process on Defendants on or before **September 6, 2023**, or otherwise show cause as to why Defendants should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

DONE this 23rd day of August, 2023.

_/s/ Stephen M. Doyle_
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE