IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-299-SMD |
| ) | |
| TREIS BLOCKCHAIN, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendants' Motions to Dismiss (Docs. 18-21, 24, 35, 36), it is

ORDERED that, on or before September 6, 2023, Plaintiff shall show cause, if any there be, why the Motions should not be granted. Defendants may reply on or before September 20, 2023.

DONE this 23rd day of August, 2023.

*/s/ Stephen M. Doyle*
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE