**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

**To:** All Counsel of Record

**Re:** Grams v. Treis Blockchain, LLC et al

**Case No.** 3:23-cv-00299-SMD

The above-styled case has been reassigned to Judge R. Austin Huffaker, Jr. as presiding judge.

Please note that the case number is 3:23-cv-00299-RAH-SMD. The new case number should be used on all future correspondence and pleadings.