IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD |
| | ) |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Pursuant to the Judicial Code of Conduct and 28 U.S.C. § 455, the Court is obliged to check for conflicts with the parties as a matter of course when a case is assigned. In a diversity case, Federal Rule of Civil Procedure 7.1 requires the parties to "name—and identify the citizenship of—every individual or entity whose citizenship is attributed to the party or intervenor[.]" Fed. R. Civ. P. 7.1(a)(2).

Although this case comes before the Court pursuant to a federal question, and Rule 7.1(a)(2) thus does not apply, the Court's obligation to search for conflicts necessitates disclosure of the name of each member of the Defendants' limited liability companies who maintain residences or citizenship within the Middle District of Alabama.

Accordingly, it is

1

**ORDERED** that, on or before **September 14, 2023**, the parties who are limited liability companies shall supplement their corporate disclosure statements with the names of each member who maintains a residence or is a citizen within the Middle District of Alabama.  And if a member is itself a limited liability company, the residency and citizenship of its members shall be provided also.

**DONE** on this the 30th day of August, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE