IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD ) |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is the Motion for Leave to File First Amended Complaint filed by the Plaintiff. (Doc. 44.) Upon consideration of the Motion, it is

**ORDERED** for good cause that the Defendants shall file a response to the Motion on or before the end of the day **September 12, 2023**.

**DONE** on this 6th day of September, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE