IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARK GRAMS,<br>An individual Alabama citizen, | )<br>)<br>) | |
| Plaintiff, | )<br>)<br>)<br>)<br>) | |
| v. | )<br>) | **Civil Action No.:**<br>**3:23-CV-00299-SMD** |
| TREIS BLOCKCHAIN, LLC,<br>CHAIN ENTERPRISES, LLC,<br>CEVON TECHNOLOGIES, LLC,<br>STRONGHOLD DIGITAL MINING,<br>LLC, DAVID PENCE, MICHAEL<br>BOLICK, SENTER SMITH,<br>BRIAN LAMBRETTI, AND<br>JOHN CHAIN, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | | |

**SUPPLEMENTAL CONFLICT DISCLOSURE STATEMENT**

COME NOW, Defendants Treis Blockchain, LLC and Cevon Technologies, LLC, and supplement their corporate disclosure statements as follows:

1. The members of Treis Blockchain, LLC and Cevon Technologies, LLC reside exclusively in the states of Georgia, North Carolina and South Carolina. No members of either entity reside within the state of Alabama.

Respectfully submitted this the  13th   day of September 2023.

          /s Joshua J. Jackson
Joshua J. Jackson (ASB-8286-U79J)
Attorney for defendant Michael Bolick, Cevon Technologies, LLC, Brian Lamberti, Stronghold Digital Mining, LLC, and Treis Blockchain, LLC

**SAMFORD & DENSON, LLP**
P.O. Box 2345
Opelika, AL  36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
PO Box 106
Opelika, AL 36803-0106
jcorley@wwp-law.com

                                    /s Joshua J. Jackson
                                OF COUNSEL