IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD ) |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Pursuant to the October 2, 2023, telephone status conference, it is **ORDERED** as follows:

1. The Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 44) is **GRANTED**. The Plaintiff shall file the proposed Amended Complaint on or before **October 6, 2023**.

2. The served Defendants shall respond (answer, motion, etc.) to Amended Complaint on or before **October 23, 2023**. If the Defendants' responses are motions to dismiss, the Plaintiff shall file his response(s) on or before **November 13, 2023**. Defendants, in turn, may file replies on or before **December 1, 2023**.

3. The deadline for serving Defendants Senter Smith and David Pence is extended up to and including **November 3, 2023**.

4.  All pending motions to dismiss (Docs. 18, 19, 20, 21, 24, 35, 36) are **DENIED** without prejudice and with leave to re-file.

**DONE** on this 2nd day of October, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE