## CERTIFICATE OF SERVICE

      I hereby certify that on this the 6th day of October 2023, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record via e-mail:

Joshua J. Jackson
SAMFORD & DENSON, LLP
Post Office Box 2345
Opelika, Alabama 36803-2345
jackson@samfordlaw.com

Clifton E. Slaten
SLATEN LAW, P.C.
7207 Halcyon Park Drive
Montgomery, Alabama 36117
cslaten@slatenlaw.com

                                            */s/ Jonathan K. Corley*
                                            Jonathan K. Corley