# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, <br> an individual Alabama citizen, <br><br> Plaintiff, <br><br> v. <br><br> TREIS BLOCKCHAIN, LLC, <br> CHAIN ENTERPRISES, LLC, <br> CEVON TECHNOLOGIES, LLC, <br> STRONGHOLD DIGITAL MINING, <br> LLC, DAVID PENCE, MICHAEL <br> BOLICK, SENTER SMITH, <br> BRIAN LAMBRETTI, AND <br> JOHN CHAIN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 3:23-CV-299-RAH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR EXTENSION OF DEADLINES IN COURT'S ORDER OF OCTOBER 2, 2023

The parties to this action jointly move this Honorable Court to grant a seven-day extension of time for the parties to comply with the deadlines set forth in the Court's Order of October 2, 2023 (Doc. 51). As grounds, the parties state as follows:

1. Pursuant to the Court's Order of October 2, 2023, Plaintiff timely filed an Amended Complaint. (Doc. 52.)

2. Pursuant to the Court's Order, Defendants are required to respond to the Amended Complaint on or before October 23, 2023, Plaintiff is required to

respond to any motions to dismiss on or before November 13, 2023, and Defendants may file any replies on or before December 1, 2023. (Doc. 51.)

3. Counsel for the parties have conferred, and Defendants have indicated they plan to file motions to dismiss. Defendants have requested a seven-day extension of time to do so.

4. Additionally, one of the attorneys for Plaintiff is presently out of the country and is not scheduled to return until November 3, 2023. Thus, Plaintiff has, in turn, requested a seven-day extension.

5. Should the Court be inclined to grant extensions, the parties have agreed to a seven-day extension of all deadlines contained in the Court's Order of October 2, 2023.

6. A brief extension of these deadlines will not prejudice any party.

WHEREFORE, premises considered, the parties pray this Honorable Court will enter an Order extending the deadlines in the Order of October 2, 2023, thereby making Defendants' motions to dismiss due **on or before October 30, 2023**; Defendants' responses due **on or before November 20, 2023**; and Defendants' replies, if any, due **on or before December 8, 2023**.

Respectfully submitted this the 20th day of October 2023.

/s/ Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
Post Office Box 106
Opelika, Alabama 36803-0106
(334) 745-7766
jcorley@wwp-law.com
Attorney for Plaintiff

Carissa V. Sears
THE SEARS LAW OFFICE, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, Colorado 80111
(720) 412-1172
carissa@searslaw.com
Attorney for Plaintiff

/s/ Joshua J. Jackson
Joshua J. Jackson
SAMFORD & DENSON, LLP
Post Office Box 2345
Opelika, Alabama 36803-2345
(334) 745-3504
jackson@samfordlaw.com
Attorney for Defendants
Treis Blockchain, LLC
Cevon Technologies, LLC
Stronghold Digital Mining, LLC,
Brian Lamberti and Michael Bolick

/s/ Clifton E. Slaten
Clifton E. Slaten
SLATEN LAW, P.C.
7207 Halcyon Park Drive
Montgomery, Alabama 36117
(334) 328-3894
cslaten@slatenlaw.com
Attorney for Defendants John Chain
and Chain Enterprises, LLC