## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Alabama

Case Number: 3:23-CV-299

Plaintiff:
**Mark Grams**

vs.

Defendant:
**Treis Blockchain, LLC, et al**

For:
H. Ellis Armistead & Associates, LLC
1001 Bannock St.
Suite 311
Denver, CO 80204

Received by H. Ellis Armistead & Associates, LLC to be served on **Senter Smith, 182 River Bend Rd., Greenville, SC 29617**.

I, Tammy Hyatt, being duly sworn, depose and say that on the **18th day of October, 2023** at **7:30 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Alias Summons in a Civil Action, Amended Complaint and Certificate of Service** to: **Senter Smith** at the address of: **182 River Bend Rd., Greenville, SC 29617**, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 19th day of October, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

**Tammy Hyatt**
Process Server

H. Ellis Armistead & Associates, LLC
1001 Bannock St.
Suite 311
Denver, CO 80204
(303) 825-2373

Our Job Serial Number: UPL-2023002984

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2s