## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Alabama

Case Number: 3:23-CV-299

Plaintiff:
**Mark Grams**

vs.

Defendant:
**Treis Blockchain, LLC, et al**

For:
H. Ellis Armistead & Associates, LLC
1001 Bannock St.
Suite 311
Denver, CO 80204

Received by H. Ellis Armistead & Associates, LLC to be served on **William David Pence, 106 Father Hugo Dr., Greer, SC 29650**.

I, Tammy Hyatt, being duly sworn, depose and say that on the **14th day of October, 2023** at **10:57 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Alias Summons in a Civil Action, Amended Complaint and Certificate of Service** to: **April Pence** as **Wife** at the address of: **106 Father Hugo Dr., Greer, SC 29650**, the within named person's usual place of **Abode**, who resides therein, and is of suitable age and discretion and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 15th day of October, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Tammy Hyatt
Process Server

H. Ellis Armistead & Associates, LLC
1001 Bannock St.
Suite 311
Denver, CO 80204
(303) 825-2373

Our Job Serial Number: UPL-2023002987

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2s