IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ EASTERN _____ DIVISION

MARK GRAMS, an indivdual Alabama citizen ,

    Plaintiff,

v.                                                    CASE NO. 3:23-CV-299-RAH

TREIS BLOCKCHAIN, LLC, et al. ,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Senter Smith , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[■] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____
Date

_____
(Signature)

Joshua J. Jackson
(Counsel's Name)

Senter Smith
Counsel for (print names of all parties)

709 Avenue A.
Opelika, AL 36801
Address, City, State Zip Code

334-745-3504
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I, Joshua J. Jackson, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/EMF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 31st day of October 2023, to:

Jonathan K. Corley, Whittelsey & Corley, LLC - jcorley@wwp-law.com

P.O. Box 106, Opelika, AL 36803-0106

Clifton E. Slaten, Slaten Law, P.C. - cslaten@slatenlaw.com

7027 Halcyon Park Drive, Montgomery, AL 36117

Carissa V. Sears, The Sears Law Office, LLC - carissa@searslaw.org

7887 E. Belleview Ave. Suite 1100, Greenwood Village, CO 80111

10/31/2023
Date

Signature