IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, </br>An individual Alabama citizen, </br></br>    Plaintiff, </br></br> v. </br></br> TREIS BLOCKCHAIN, LLC, </br> CHAIN ENTERPRISES, LLC, </br> CEVON TECHNOLOGIES, LLC, </br> STRONGHOLD DIGITAL MINING, </br> LLC, DAVID PENCE, MICHAEL </br> BOLICK, SENTER SMITH, </br> BRIAN LAMBRETTI, AND </br> JOHN CHAIN, </br></br>    Defendants. | **Civil Action No.:** </br> **3:23-CV-00299-RAH** |

## DEFENDANTS' MOTION FOR LEAVE TO ACCEPT FILINGS

Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, David Pence, Michael Bolick, Senter Smith, and Brian Lamberti[1] ("Defendants") respectfully move for leave for the Court to accept their joint Motion to Transfer [Doc. 60] and joint Motion to Dismiss [Doc. 62], both filed on October 30, 2021.

---

[1] Plaintiff misspelled Defendant Lamberti's last name in the Amended Complaint. It has been corrected here for the purposes of this Motion.

On October 31, 2023, the Court issued a Standard Briefing Order [Doc. 64], requiring among other things, that dispositive motions be in 14-point Times New Roman font, and to not exceed thirty (30) pages without advanced permission from the Court. Neither of Defendants' Motions comply with the Order, as they are both in 13-point Arial font, and the Motion to Transfer [Doc. 60] is fifty-eight (58) pages.

By jointly drafting the Motion to Transfer, it was these seven Defendants' intention to provide the Court with a single concise brief, and to avoid filing seven individual Motions to Transfer. As such, Defendants respectfully request that the Court accept both motions [Docs. 60 and 62] in their current form. Going forward, Defendants' filings will comply with the Standard Briefing Order.

To the extent the Court requires Defendants to fully comply with the Order, Defendants stand ready to re-file the Motion to Dismiss [Doc. 62] in the required format, and to separate the joint Motion to Transfer [Doc. 60] into seven individual motions in the required format so that each motion would meet the thirty (30) page limitation.

Respectfully submitted this the  31st  day of October, 2023.

                      /s Joshua J. Jackson
                      Joshua J. Jackson (ASB-8286-U79J)
                      Attorney for Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, David Pence, and Senter Smith

- 3 -

**SAMFORD & DENSON, LLP**
P.O. Box 2345
Opelika, AL  36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the __31st__ day of __October__, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
PO Box 106
Opelika, AL 36803-0106
jcorley@wwp-law.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, CO 80111
carissa@searslaw.org

Clifton E. Slaten
Slaten Law, P.C.
7027 Halcyon Park Drive
Montgomery, AL 36117
cslaten@slatenlaw.com

      /s Joshua J. Jackson
OF COUNSEL