# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, ) <br> An individual Alabama citizen, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TREIS BLOCKCHAIN, LLC, ) <br> CHAIN ENTERPRISES, LLC, ) <br> CEVON TECHNOLOGIES, LLC, ) <br> STRONGHOLD DIGITAL MINING, ) <br> LLC, DAVID PENCE, MICHAEL ) <br> BOLICK, SENTER SMITH, ) <br> BRIAN LAMBRETTI, AND ) <br> JOHN CHAIN, ) <br> ) <br> Defendants. ) | **Civil Action No.:** <br> **3:23-CV-00299-RAH-SMD** |

## DEFENDANTS' MOTION FOR LEAVE TO ACCEPT FILING

Defendants John Chain and Chain Enterprises, LLC ("Defendants") respectfully move for leave for the Court to accept their joint Motion to Dismiss based on jurisdictional and substantive reasons [Doc. 63], filed on October 30, 2021.

On October 31, 2023, the Court issued a Standard Briefing Order [Doc. 64], requiring among other things, that dispositive motions be in 14-point Times New Roman font, and to not exceed thirty (30) pages without advanced permission from

the Court. Defendants' Motion does not comply with the Order, as it is in 13-point Times New Roman font and is forty-four (44) pages.

By jointly drafting the Motion to Dismiss and containing jurisdictional and substantive grounds in the same motion, it was these Defendants' intention to provide the Court with a single concise brief, and to avoid filing two separate Motions to Dismiss for lack of jurisdiction along with a separate Motion to Dismiss based on substantive law. As such, Defendants respectfully request that the Court accept the motion [Docs. 63] in its current form. Going forward, Defendants' filings will comply with the Standard Briefing Order.

To the extent the Court requires Defendants to fully comply with the Order, Defendants stand ready to re-file the Motion to Dismiss [Doc. 63] in the required format, and to separate it by jurisdictional and substantive grounds in three total motions (one on jurisdictional grounds for each defendant and one combined motion on substantive law) in the required format so that each motion would meet the thirty (30) page limitation.

Respectfully submitted this the   31st   day of October, 2023.

*/s/ Clifton E. Slaten*
**CLIFTON E. SLATEN (ASB-4091-N73C)**
**ATTORNEY FOR CHAIN ENTERPRISES, LLC and JOHN CHAIN**

**OF COUNSEL:**
**SLATEN LAW, P.C.**

**7027 Halcyon Park Drive**
Montgomery, Alabama 36117
(334) 396-8882 Telephone
(334) 398-8880 Facsimile
cslaten@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
PO Box 106
Opelika, AL 36803-0106
jcorley@wwp-law.com

Joshua J. Jackson
SAMFORD & DENSON, LLP
P.O. Box 2345
Opelika, AL 36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, CO 80111
carissa@searslaw.org

                                            */s/ Clifton E. Slaten*
                                            **Of Counsel**