IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD ) |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) ) |
| Defendants. | ) |

# **ORDER**

Pending before the Court are the motions for *Leave to Accept Filing* filed by the Defendants. (Doc. 67; Doc. 68.) For good cause, the motions are **GRANTED**.

DONE, on this the 1st day of November, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1