## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Alabama

Case Number: 3:23-CV-299

Plaintiff:
**Mark Grams**

vs.

Defendant:
**Treis Blockchain, LLC, et al**

For:
H. Ellis Armistead & Associates, LLC
1001 Bannock St.
Suite 311
Denver, CO 80204

Received by H. Ellis Armistead & Associates, LLC to be served on **Michael Bolick, 2727 Shady Grove Rd, Sunset, SC**.

I, Megan Knight, being duly sworn, depose and say that on the **3rd day of November, 2023** at **12:44 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Alias Summons in a Civil Action, Amended Complaint and Certificate of Service** to: **Michael Bolick** at the address of: **2727 Shady Grove Rd, Sunset, SC**, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 6th day of November, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

**Megan Knight**
Process Server

H. Ellis Armistead & Associates, LLC
1001 Bannock St.
Suite 311
Denver, CO 80204
(303) 825-2373

Our Job Serial Number: UPL-2023003126

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2s