IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD ) |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

On November 14, 2023, this Court granted in part Plaintiff's *Motion for Ex Parte Temporary Restraining Order* against Defendant Stronghold Digital Mining, LLC. In its Order, the Court set an in-person evidentiary hearing for **10:00 a.m. on Tuesday, November 28, 2023**—the date the Temporary Restraining Order is set to expire. Since counsel for the parties will be present for that hearing, the Court intends to use that opportunity to hear oral argument on all other pending motions (*see* Docs. 60, 62, 63) in the case even though briefing will not have concluded at that time concerning those motions. Accordingly, all pending motions (Docs. 60, 62, 63, 71) are hereby set for oral argument at **10:00 a.m. on Tuesday, November 28, 2023, in Courtroom 2D of the Frank M. Johnson, Jr. U.S. Courthouse in Montgomery, Alabama**.

**DONE**, on this the 15th day of November, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1