## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| MARK GRAMS, | ) | |
| An individual Alabama citizen, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.:** |
| | ) | **3:23-CV-00299-RAH** |
| TREIS BLOCKCHAIN, LLC, | ) | |
| CHAIN ENTERPRISES, LLC, | ) | |
| CEVON TECHNOLOGIES, LLC, | ) | |
| STRONGHOLD DIGITAL MINING, | ) | |
| LLC, DAVID PENCE, MICHAEL | ) | |
| BOLICK, SENTER SMITH, | ) | |
| BRIAN LAMBRETTI, AND | ) | |
| JOHN CHAIN, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Joshua J. Jackson, a member in good standing of the Alabama

Bar and admitted to practice before this Court, and moves the Court for an Order

admitting, *pro hac vice*, Hunter S. Freeman as counsel for Defendants Treis

Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC,

Michael Bolick, Brian Lambretti, David Pence, and Senter Smith in this action. The

movant states the following:

1.      Hunter S. Freeman is an attorney at Kim, Lahey & Killough Law Firm

located at 3620 Pelham Road, PMB #213, Greenville, SC 29615.  His phone number

is (864) 973-6688 and his fax number is (864) 286-3282. Mr. Freeman's email address is hfreeman@kimandlahey.com.

2.    Mr. Freeman is a member in good standing of the State Bar of South Carolina; U.S. District Court for the District of South Carolina; and the U.S. Court of Appeals for the Fourth Circuit.

3.    Mr. Freeman has never resigned; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against him.

4.    A copy of the certificate of good standing from the United States District of South Carolina is attached at Exhibit "A."

5.    Mr. Freeman is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

6.    The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

7.    As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, the undersigned respectfully requests that an Order be entered allowing Hunter S. Freeman to appear *pro hac vice* in this case as counsel for

Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith.

Respectfully submitted this the __16th__ day of November, 2023.

/s Joshua J. Jackson
Joshua J. Jackson (ASB-8286-U79J)
Attorney for Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith

SAMFORD & DENSON, LLP
P.O. Box 2345
Opelika, AL  36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

~AND~

Hunter S. Freeman SC ID# 9313
KIM LAHEY & KILLOUGH LAW FIRM
3620 Pelham Road, PMB #213
Greenville, SC 29615
Phone: (864) 973-6688
hfreeman@kimandlahey.com

*Attorney for Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the __16th__ day of _November_, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
PO Box 106
Opelika, AL 36803-0106
jcorley@wwp-law.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, CO 80111
carissa@searslaw.org

Clifton E. Slaten
Slaten Law, P.C.
7027 Halcyon Park Drive
Montgomery, AL 36117
cslaten@slatenlaw.com

_____/s Joshua J. Jackson_____
OF COUNSEL