AO 136
(Rev. 6/82)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF SOUTH CAROLINA

I, Robin L. Blume, Clerk of the United States District Court, District of South Carolina,

DO HEREBY CERTIFY That Hunter S. Freeman, ID# 9313, was duly admitted to practice in said Court on April 14, 2004, and is in good standing as a member of the bar of said Court.

Dated at Greenville, South Carolina          Robin L. Blume, Clerk

on November 15, 2023.



By: s/Angela Lewis
Deputy Clerk