# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS,<br>an individual Alabama citizen, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 3:23-CV-299-RAH<br>)<br>) |
| TREIS BLOCKCHAIN, LLC,<br>CHAIN ENTERPRISES, LLC,<br>CEVON TECHNOLOGIES, LLC,<br>STRONGHOLD DIGITAL MINING,<br>LLC, DAVID PENCE, MICHAEL<br>BOLICK, SENTER SMITH,<br>BRIAN LAMBRETTI, AND<br>JOHN CHAIN, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF FILING CASH BOND

Plaintiff, Mark Grams, hereby notifies the Court that Plaintiff delivered a cashier's check in the amount of $25,000.00 made payable to the Clerk of Court at or around 2:15 P.M. on the 16th day of November, 2023.

Respectfully submitted this the 16th day of November 2023.

/s/ Jonathan K. Corley
Jonathan K. Corley
One of the Attorneys for Plaintiff

                                               */s/ Carissa V. Sears*
                                               Carissa V. Sears
                                               One of the Attorneys for Plaintiff

**OF COUNSEL:**
Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
Post Office Box 106
Opelika, Alabama 36803-0106
(334) 745-7766
jcorley@wwp-law.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, Colorado 80111
720.412.1172
carissa@searslaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of September 2023, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record via e-mail:

Joshua J. Jackson
SAMFORD & DENSON, LLP
Post Office Box 2345
Opelika, Alabama 36803-2345
jackson@samfordlaw.com

                                               */s/ Jonathan K. Corley*
                                               Jonathan K. Corley