IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2023 NOV 22 A 10: 15
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MARK GRAMS, <br> an individual Alabama citizen, <br><br> Plaintiff, <br><br> v. <br><br> TREIS BLOCKCHAIN, LLC, <br> CHAIN ENTERPRISES, LLC, <br> CEVON TECHNOLOGIES, LLC, <br> STRONGHOLD DIGITAL MINING, <br> LLC, DAVID PENCE, MICHAEL <br> BOLICK, SENTER SMITH, <br> BRIAN LAMBRETTI, AND <br> JOHN CHAIN, <br><br> Defendants. | Civil Action No.: 3:23-CV-299-RAH |

## NOTICE OF FILING CORPORATE SURETY BOND

Pursuant to this Court's *ex parte* Temporary Restraining Order dated November 14, 2023 (Doc. 73 at p. 9), Plaintiff, Mark Grams, hereby notifies the Court that counsel for Plaintiff delivered to the Clerk's Office a corporate surety bond issued by SureTec Insurance Company in the amount of $25,000.00 on this the 21st day of November 2023.

Respectfully submitted this the 21st day of November 2023.

/s/ Jonathan K. Corley
Jonathan K. Corley
One of the Attorneys for Plaintiff

**OF COUNSEL:**
Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
Post Office Box 106
Opelika, Alabama 36803-0106
(334) 745-7766
jcorley@wwp-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 21st day of November 2023, I have electronically filed the foregoing with the Clerk of the Court via hand-delivery and upon receipt of the stamp-filed copy, I will send a copy of the foregoing to the following counsel of record via e-mail:

Joshua J. Jackson
SAMFORD & DENSON, LLP
Post Office Box 2345
Opelika, Alabama 36803-2345
jackson@samfordlaw.com

Hunter Freeman
KIM, LAHEY & KILLOUGH LAW FIRM
3620 Pelham Road, PMB #213
Greenville, South Carolina 29615
hfreeman@kimandlahey.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, Colorado 80111
720.412.1172
carissa@searslaw.org

                                                                                    Jonathan K. Corley