Bond No. 3515920

In the United States District Court
For the Middle District of Alabama
Eastern Division

RECEIVED

2023 NOV 22 A 10: 15

TREY GRANGER, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

Mark Grams

**Plaintiffs,**

INDEX NO. 3:23-CV-299

v.

JUDGE RAH

Stronghold Digital, LLC

**Defendants.**

## BOND AS SECURITY FOR TEMPORARY RESTRAINING ORDER

KNOWN ALL MEN BY THESE PRESENTS that We, Mark Grams _____,

as principal, and SureTec Insurance Company _____, as surety, are held firmly bound unto the Defendants, and all that class represented by the aforesaid Defendants, in the above action, in the sum of Twenty Five Thousand Dollars and 00/100 ($ 25,000.00 ), to be paid to said Defendants, their successors and assigns, to the payment of which we bind ourselves, successors and assigns, jointly and severally, by these presents.

The condition of the above obligation is such that whereas Mark Grams _____,

Plaintiffs in the above-entitled cause, have obtained from the The United States District Court for the Middle District of Alabama Eastern Division _____, a Restraining Order against the aforesaid Defendants, upon condition that the Plaintiffs shall execute and file a good and sufficient bond for the sum of Twenty Five Thousand Dollars and 00/100 _____ ($ 25,000.00 ). To secure the payment of such costs and damages as may be incurred or suffered by any party hereto who may be found to have been wrongfully enjoined thereby.

CHI-1368664v1

## BOND AS SECURITY FOR TEMPORARY RESTRAINING ORDER

Now, if the above bounded Mark Grams
shall well and truly pay all such costs and damages as may be incurred or suffered by any party hereto who may be found to have been wrongfully enjoined by reason of said Restraining Order, should it be thereafter dissolved or it be decided that said Restraining Order as wrongfully obtained, then this obligation to be void, otherwise it shall remain in full force and effect.

Signed and dated this __16th__ day of ____November____, __2023__.

Mark Grams
**Principal**

By: _(signature)_ Mark Grams

SureTec Insurance Company
**Surety**

By: _(signature)_ Jennifer S. Freeman          Attorney-in-Fact



CHI-1368664v1

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

**Jennifer S. Freeman**

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for:

**Principal:** Mark Grams
**Obligee:** Treis Blockchain, LLC, et al.
**Amounts:** See Bond Form

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this 3rd day of February, A.D. 2023.

SURETEC INSURANCE COMPANY

By: _____
Michael C. Keimig, President

State of Texas        ss:
County of Harris

On this 3rd day of February, A.D. 2023 before me personally came Michael C. Keimig, to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.



TANYA SNEED
Notary Public State of Texas
Commission # 128571231
Commission Expires 03/30/2027

Tanya Sneed, Notary Public
My commission expires March 30, 2027

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this __16th__ day of __November__ __2023__, A.D.

M. Brent Beaty, Assistant Secretary

**Any instrument issued in excess of the penalty stated above is totally void and without any validity.**
**For verification of the authority of this power you may call (713) 812-0800 any business day between 8:30 am and 5:00 pm CST.**