# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, <br> an individual Alabama citizen, <br><br> Plaintiff, <br><br> v. <br><br> TREIS BLOCKCHAIN, LLC, <br> CHAIN ENTERPRISES, LLC, <br> CEVON TECHNOLOGIES, LLC, <br> STRONGHOLD DIGITAL MINING, <br> LLC, DAVID PENCE, MICHAEL <br> BOLICK, SENTER SMITH, <br> BRIAN LAMBRETTI, AND <br> JOHN CHAIN, <br><br> Defendants. | Civil Action No.: 3:23-CV-299-RAH |

## MOTION TO SUBSTITUTE SURETY BOND FOR CASH BOND AND TO RELEASE CASH BOND TO PLAINTIFF

Plaintiff, Mark Grams ("Plaintiff"), moves this Honorable Court to enter an Order allowing Plaintiff to substitute a surety bond in lieu of the cash bond posted on November 16, 2023, and to release the cash bond proceeds to Plaintiff. As grounds, Plaintiff states as follows:

1. On November 14, 2023, the Court entered an *ex parte* Temporary Restraining Order (the "TRO"). (Doc. 73.)

2. Concerning the posting of security as required by Fed. R. Civ. P. 65, the TRO provided as follows:

> Plaintiff shall, within forty-eight (48) hours, post security, in the form of a cash bond or corporate surety bond or other form approved by the Court, in the amount of **$25,000** for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully restrained, pending the hearing and determination of the continuation of this order. If a bond is not filed within forty-eight hours as required, the temporary restraining order will dissolve by operation of law[.]

(Doc. 73 at p. 9.) (emphasis in original.)

3. In an effort to timely comply with the Court's Order, on November 16, 2023, Plaintiff posted a cash bond in the form of a cashier's check made payable to the Clerk's Office. (Doc. 77.)

4. Since posting the cash bond, Plaintiff has obtained a corporate surety bond from SureTec Insurance Company in the amount of $25,000. Plaintiff filed the surety bond with the Clerk's Office on today's date. (Doc. 83.)[1]

5. Because the TRO provides the option for Plaintiff to post a cash bond **or** corporate surety bond, Plaintiff respectfully requests that the Court allow the posting of the attached surety bond.

6. If the Court is inclined to accept the surety bond, Plaintiff respectfully requests that the Court Order the Clerk's Office to release the sum of $25,000 previously posted as a cash bond or, in the alternative, disburse a check made payable to Plaintiff in the amount of $25,000.00.

---

[1] The Clerk's Office required the original bond. Therefore, Plaintiff overnighted the Notice of Filing and original surety bond on November 21, 2023.

7. In light of Plaintiff's compliance with the TRO, no party shall be prejudiced by the relief requested herein.

WHEREFORE, premises considered, Plaintiff prays this Honorable Court will enter an Order allowing Plaintiff to substitute the attached corporate surety bond in lieu of the cash bond posted on November 16, 2023, and will enter an Order directing the Clerk's office to release the cashier's check previously posted to the undersigned's office or, in the alternative, will direct the Clerk's Office to disburse a check in the amount of $25,000.00 made payable to **Mark Grams, 1010 Bishop Street, Alexander City, Alabama 35010**, or for any such other, further, or different relief as the Court deems appropriate.

Respectfully submitted this the 22nd day of November 2023.

/s/ Jonathan K. Corley
Jonathan K. Corley
One of the Attorneys for Plaintiff


/s/ Carissa V. Sears
Carissa V. Sears
One of the Attorneys for Plaintiff

**OF COUNSEL:**
Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
Post Office Box 106
Opelika, Alabama 36803-0106
(334) 745-7766
jcorley@wwp-law.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, Colorado 80111
720.412.1172
carissa@searslaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of November 2023, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record via e-mail:

Joshua J. Jackson
SAMFORD & DENSON, LLP
Post Office Box 2345
Opelika, Alabama 36803-2345
jackson@samfordlaw.com

Hunter Freeman
KIM, LAHEY & KILLOUGH LAW FIRM
3620 Pelham Road, PMB #213
Greenville, South Carolina 29615
hfreeman@kimandlahey.com

Clifton E. Slaten
SLATEN LAW, P.C.
7207 Halcyon Park Drive
Montgomery, Alabama 36117
(334) 328-3894
cslaten@slatenlaw.com

/s/ Jonathan K. Corley
Jonathan K. Corley