IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD |
| | ) |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is Plaintiff's *Motion to Stay Briefing Schedule or in the Alternative to Extend the Deadline to File Response to Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* (Doc. 80) and the parties' *Joint Motion to Stay Hearing and Deadlines for Rule 12(b)(6) Motions* (Doc. 82). For good cause, it is **ORDERED** as follows:

1. The *Joint Motion to Stay Hearing and Deadlines for Rule 12(b)(6) Motions* (Doc. 82) is GRANTED.

2. The evidentiary hearing set for Tuesday, November 28, 2023, is CANCELED.

3. The briefing schedule with respect to the *Defendants' Motion to Transfer or Alternatively To Dismiss Pursuant to Rule 12(b)(2)* (Doc. 60) and *Defendants John Chain and Chain Enterprises, LLC's Motion to Dismiss Plaintiff's Amended Complaint* (Doc. 63), as it concerns the 12(b)(2) arguments, will continue as previously ordered.

4. The briefing schedule with respect to the *Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6)* (Doc. 62) and *Defendants John Chain and Chain*

1

*Enterprises, LLC's Motion to Dismiss Plaintiff's Amended Complaint* (Doc. 63), as it concerns the 12(b)(6) arguments, is STAYED, pending further order of the Court.

5. Pursuant to the parties' agreement that Defendant Stronghold Digital Mining LLC will continue to comply with the Temporary Restraining Order (Doc. 73) entered on November 14, 2023, the Temporary Restraining Order (Doc. 73) is hereby **EXTENDED** up to **Friday, December 1, 2023**, **1:00 p.m. CST**, or until further order of the Court.

6. Plaintiff's *Motion to Stay Briefing Schedule or in the Alternative to Extend the Deadline to File Response to Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* (Doc. 80) is hereby DENIED as moot.

**DONE**, on this the 22nd day of November, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE