IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD ) |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) ) |
| Defendants. | ) ) |

# ORDER

Pending before the Court is the Plaintiff's *Motion to Substitute Surety Bond for Cash Bond and to Release Cash Bond to Plaintiff*. (Doc. 84.) For good cause, the Plaintiff's Motion is **GRANTED**.

Accordingly, the Clerk of the Court is **DIRECTED** to accept the surety bond that the Plaintiff filed with the Clerk's Office on November 22, 2023, as substitute for the Plaintiff's previously posted cash bond. The Clerk of the Court is further **DIRECTED** to disburse the cash bond in the amount of $25,000 made payable to Mark Grams, 1010 Bishop Street, Alexander City, Alabama 35010.

**DONE**, on this the 27th day of November, 2023.

/s/ R. Austin Huffaker, Jr.
_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1