IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, ) <br> An individual Alabama citizen, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TREIS BLOCKCHAIN, LLC, ) <br> CHAIN ENTERPRISES, LLC, ) <br> CEVON TECHNOLOGIES, LLC, ) <br> STRONGHOLD DIGITAL MINING, ) <br> LLC, DAVID PENCE, MICHAEL ) <br> BOLICK, SENTER SMITH, ) <br> BRIAN LAMBRETTI, AND ) <br> JOHN CHAIN, ) <br> ) <br> Defendants. ) | **Civil Action No.:** <br> **3:23-CV-00299-RAH** |

## MOTION FOR ENLARGEMENT OF PAGE LIMITATION

COME NOW Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith ("Defendants") and respectfully request this Honorable Court to enlarge the page limitation applicable to these Defendants' upcoming reply brief. Defendants further state as follows:

1. The Standard Briefing Order (Doc. 64) sets forth a 15 page limitation on reply briefs.

1

2. Defendants filed a motion to transfer, or in the alternative motion to dismiss pursuant to Rule 12(b)(2) on October 30, 2023 (Doc. 60). Plaintiff's response was filed on November 20, 2023 (Doc. 79). Defendants' reply brief is due to be filed on December 8, 2023 pursuant to this Honorable Court's text order entered October 20, 2023.

3. Because of the volume of issues and claims, and the need to reply to Plaintiff's 47-page brief in response to these Defendants' motion to transfer/dismiss, additional pages are needed. Moreover, Defendants plan to file one consolidated reply brief, on behalf of all five of these Defendants. Accordingly, Defendants request that the Court allow them to submit one consolidated reply brief not to exceed 25 pages.

Respectfully submitted this the  6th  day of December, 2023.

/s Joshua J. Jackson
Joshua J. Jackson (ASB-8286-U79J)

**SAMFORD & DENSON, LLP**
P.O. Box 2345
Opelika, AL  36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

/s Hunter S. Freeman
Hunter S. Freeman (pro hac vice)
Attorneys for Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith

**KIM LAHEY & KILLOUGH LAW FIRM**
3620 Pelham Road, PMB #213
Greenville, SC 29615
Phone: (864) 973-6688
hfreeman@kimandlahey.com

## CERTIFICATE OF SERVICE

I hereby certify that on the __6th__ day of __December__, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
PO Box 106
Opelika, AL 36803-0106
jcorley@wwp-law.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, CO 80111
carissa@searslaw.org

Clifton E. Slaten
Slaten Law, P.C.
7027 Halcyon Park Drive
Montgomery, AL 36117
cslaten@slatenlaw.com

                                          /s Joshua J. Jackson
                                          OF COUNSEL