# IN THE MIDDLE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS,<br>An individual Alabama citizen,<br><br>Plaintiff,<br><br>v.<br><br>TREIS BLOCKCHAIN, LLC,<br>CHAIN ENTERPRISES, LLC,<br>CEVON TECHNOLOGIES, LLC,<br>STRONGHOLD DIGITAL MINING,<br>LLC, DAVID PENCE, MICHAEL<br>BOLICK, SENTER SMITH,<br>BRIAN LAMBRETTI, AND<br>JOHN CHAIN,<br><br>Defendants. | Civil Action No.:<br>3:23-CV-00299-SMD<br><br>DECLARATION OF<br>BRIAN LAMBERTI<br>FOR REPLY IN SUPPORT<br>OF MOTION TO<br>TRANSFER |

I, Brian Lamberti, swear and affirm as follows:

1. My name is Brian Lamberti and I am Fleet Manager of Defendant Treis Blockchain, LLC ("Treis") in the above-captioned case.

2. I am over the age of eighteen and have personal knowledge of and am competent to testify about the matters addressed in this affidavit.

3. By January 2022, my communications with Grams were very limited. While I may have responded to questions posed by Grams, I never directed Grams to work on or otherwise optimize the machines purchased by Stronghold. Those machines no longer belonged to Treis.

1

4.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8 day of December 2023.

_____
Brian Lamberti