IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD |
| | ) |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 22, 2023, the Court granted the Parties' *Joint Motion to Stay Deadlines for Rule 12(b)(6) Motions* (doc. 82) until the Court ruled on the Defendants' motions to transfer or dismiss pursuant to Rule 12(b)(2). As a result, the Parties only briefed issues pertaining to venue and personal jurisdiction, and not whether the Plaintiff's Amended Complaint (doc. 52) stated claims upon which relief could be granted. The Parties' briefing as to personal jurisdiction, however, makes clear that whether the Plaintiff's complaint has stated a plausible RICO claim under 18 U.S.C. § 1962 (Count V) could impact the Court's analysis of whether it has personal jurisdiction over the Defendants.

Accordingly, it is

**ORDERED** that on before **April 5, 2024**, the Plaintiff shall respond to Defendants' motion to dismiss arguments that the Plaintiff's Amended Complaint

1

fails to state a RICO claim. The Court also urges the Plaintiff to ensure that the briefing it files with the Court is submitted in its final form. (*See* doc. 79 at 25–33.) It is further

**ORDERED** that on or before **April 15, 2024**, the Defendants shall file a reply to the Plaintiff's response.

**DONE**, on this the 25th day of March, 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE