# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, ) | |
|     Plaintiff, ) | |
| ) | Case No. 3:23-cv-00299—RAH—SMD |
| ) | |
| v. ) | |
| ) | |
| ) | |
| TREIS BLOCKCHAIN, LLC, | |
| *et al.*, | |
|     Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT BRIEF

Plaintiff Mark Grams, by and through undersigned counsel, submits this request for extension of time as follows:

1. On March 25, 2024, the Court issued an Order directing counsel to submit a brief two-weeks later on Friday, April 5, 2024, today's date.

2. Counsel was traveling out of state with her children for their spring vacation through March 31, 2024.

3. Counsel returned to a sewer emergency in her home that occupied most of her attention through April 5, 2024.

4. The Court may extend Plaintiff's deadline to respond for good cause shown. F.R.C.P. Rule 6(b)(1)(A).

5. Counsel diligently attempted to prepare the brief; however, RICO issues are complicated and require a more thorough analysis than Counsel could prepare under the circumstances.

6. We request a brief extension of seven days to prepare a meaningful and well-supported response for the Court, by and through April 12, 2024.

7. This is Counsel's first request to extend this specific deadline; further history was observed by the Court in its order of March 25, 2024.

8. Defense counsel does not oppose the relief requested, which would not prejudice the defense.

9. In accordance, we further request that Defendants' deadline to respond be continued from April 15, 2024 to April 22, 2024 or such other date as the Court deems just and appropriate.

Wherefore, Plaintiff respectfully requests that the deadlines for the RICO Response and Reply be extended through April 12, 2024 and April 22, 2024, respectively.

Respectfully submitted,

*/s/ Carissa V. Sears*
Carissa V. Sears (CO #33980)
The Sears Law Office, LLC
Denver, Colorado 80220
720.412.1172
***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 5th day of April, 2024, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record via e-mail:

Joshua J. Jackson
SAMFORD & DENSON, LLP
Post Office Box 2345
Opelika, Alabama 36803-2345
jackson@samfordlaw.com

                */s/ Carissa V. Sears*
                Carissa V. Sears