IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD |
| | ) |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is the Plaintiff's unopposed *Motion for Extension of Time to Submit Brief*. (Doc. 93.) Upon consideration of the Motion, and for good cause, the Motion is **GRANTED**.

Accordingly, Plaintiff shall file his response on or before **April 12, 2024**, and the Defendants shall file a reply to the Plaintiff's response on or before **April 22, 2024**.

**DONE**, on this the 5th day of April, 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE