# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, ) <br> An individual Alabama citizen, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TREIS BLOCKCHAIN, LLC, ) <br> CHAIN ENTERPRISES, LLC, ) <br> CEVON TECHNOLOGIES, LLC, ) <br> STRONGHOLD DIGITAL MINING, ) <br> LLC, DAVID PENCE, MICHAEL ) <br> BOLICK, SENTER SMITH, ) <br> BRIAN LAMBRETTI, AND ) <br> JOHN CHAIN, ) <br> ) <br> Defendants. ) | **Civil Action No.:** <br> **3:23-CV-00299-RAH** |

## MOTION FOR ENLARGEMENT OF PAGE LIMITATION

COME NOW Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith ("Defendants") and respectfully request this Honorable Court to enlarge the page limitation applicable to these Defendants' upcoming brief in support of a motion to dismiss. Defendants further state as follows:

1. The Standard Briefing Order (Doc. 64) sets forth a 30 page limitation on briefs accompanying dispositive motions.

1

2.      This Honorable Court granted leave of court to Defendants to re-file motions to dismiss pursuant to *Fed. R. Civ. P.* 12(b)(6). (Doc. 98)

3.      Defendants intend to file a Rule 12(b)(6) motion on Monday, July 22, 2024.

3.      Because of the volume of issues and claims, additional pages are needed. Moreover, Defendants plan to file one consolidated reply brief, on behalf of all seven of these Defendants. Accordingly, Defendants request that the Court allow them to submit one consolidated brief in support of a motion to dismiss pursuant to Rule 12(b)(6), which will likely be 43 pages.

Respectfully submitted this the   19th   day of July, 2024.

                                              /s Joshua J. Jackson
                                       Joshua J. Jackson (ASB-8286-U79J)

**SAMFORD & DENSON, LLP**
P.O. Box 2345
Opelika, AL  36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

                                             /s Hunter S. Freeman
                                       Hunter S. Freeman (pro hac vice)
                                       Attorneys for Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith

**KIM LAHEY & KILLOUGH LAW FIRM**
3620 Pelham Road, PMB #213
Greenville, SC 29615
Phone: (864) 973-6688
hfreeman@kimandlahey.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the  19th  day of  July  , 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley  
WHITTELSEY & CORLEY, LLC  
PO Box 106  
Opelika, AL 36803-0106  
jcorley@wwp-law.com  

Carissa V. Sears  
The Sears Law Office, LLC  
7887 E. Belleview Ave. Suite 1100  
Greenwood Village, CO 80111  
carissa@searslaw.org  

Clifton E. Slaten  
Slaten Law, P.C.  
7027 Halcyon Park Drive  
Montgomery, AL 36117  
cslaten@slatenlaw.com  

                                          /s Joshua J. Jackson  
                                         OF COUNSEL