IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On November 13, 2023, Plaintiff Mark Grams filed an *ex parte Motion for Preliminary Injunction*. (Doc. 71.) That motion is still pending before the Court.

Accordingly, it is **ORDERED** that on or before **July 24, 2024**, the Parties shall notify the Court whether a hearing is necessary on the motion or whether the Court may deny the motion as moot.

**DONE**, on this the 22nd day of July, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1