IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Pending before the Court is the *Renewed Motion to Dismiss Pursuant to Rule 12(b)(6)* filed by Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, David Pence, Senter Smith, and Brain Lamberti. (Doc. 101.)

Accordingly, it is **ORDERED** that if Defendants Chain Enterprises, LLC and John Chain plan to file a renewed motion to dismiss, they shall file that motion on or before **July 26, 2024**. It is further

**ORDERED** that the Plaintiff shall respond to the Defendants' motions on or before **August 9, 2024**. And it is also

**ORDERED** that the Defendants shall reply to the Plaintiff's response on or before **August 16, 2024**.

1

**DONE**, on this the 22nd day of July, 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE