# IN THE MIDDLE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, ) | |
| An individual Alabama citizen, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:23-CV-299-RAH-SMD |
| ) | |
| TREIS BLOCKCHAIN, LLC, ET. AL ) | |
| ) | |
| Defendants. ) | |

## ANSWER TO AMENDED COMPLAINT

COME NOW the defendants identified in the amended complaint as Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith and in response to the plaintiff's Amended Complaint make the defenses and responses set forth below:

1. These defendants filed a Renewed Motion to Dismiss the Amended Complaint on July 22, 2024. (Doc. 101) Said motion is dispositive as to all the claims in the Amended Complaint except Count VII for breach of contract. Defendants' answer herein is directed only to the breach of contract count.

2. These defendants plead the general issue, denying each and every material allegation of Count VII (Breach of Contract) of the Amended Complaint, specifically paragraphs 421 through 425, and demand strict proof thereof.

3. These defendants reserve the right to specifically answer, modify, amend, supplement and plead other avoidances or affirmative defenses upon the Court's ruling on these defendants' Rule 12(b)(6) motion, and as becomes known as this matter progresses.

Respectfully submitted this the  22nd  day of July, 2024.

/s Joshua J. Jackson
Joshua J. Jackson (ASB-8286-U79J)

**SAMFORD & DENSON, LLP**
P.O. Box 2345
Opelika, AL  36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

/s Hunter S. Freeman
Hunter S. Freeman (pro hac vice)
Attorneys for Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith

**KIM LAHEY & KILLOUGH LAW FIRM**
3620 Pelham Road, PMB #213
Greenville, SC 29615
Phone: (864) 973-6688
hfreeman@kimandlahey.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the __22nd__ day of __July__, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
PO Box 106
Opelika, AL 36803-0106
jcorley@wwp-law.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, CO 80111
carissa@searslaw.org

Clifton E. Slaten
Slaten Law, P.C.
7027 Halcyon Park Drive
Montgomery, AL 36117
cslaten@slatenlaw.com

                                        /s Joshua J. Jackson
                                        OF COUNSEL