# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MARK GRAMS,** an individual Alabama citizen, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:23-CV-299-RAH ) |
| v. | ) ) ) |
| **TREIS BLOCKCHAIN, LLC,** et al., | ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE TO COURT ORDER

Pursuant to this Court's Order of July 22, 2024 (doc. 102), Plaintiff, Mark Grams, responds that he is not aware of any current, active use of his proprietary software by Defendants at this time, thereby abating the issues raised in Plaintiff's *ex parte Motion for Preliminary Injunction* (doc. 71). Accordingly, Plaintiff has no opposition to the Court denying the Motion without prejudice.

Respectfully submitted this the 23rd day of July 2024.

                                         */s/ Jonathan K. Corley*
                                         Jonathan K. Corley
                                         One of the Attorneys for Plaintiff

                                         */s/ Carissa V. Sears*
                                         Carissa V. Sears
                                         One of the Attorneys for Plaintiff

**OF COUNSEL:**
Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
Post Office Box 106
Opelika, Alabama 36803-0106
(334) 745-7766
jcorley@wwp-law.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, Colorado 80111
720.412.1172
carissa@searslaw.org

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 23rd day of July 2024, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record via e-mail:

Joshua J. Jackson
SAMFORD & DENSON, LLP
Post Office Box 2345
Opelika, Alabama 36803-2345
jackson@samfordlaw.com

Hunter Freeman
KIM, LAHEY & KILLOUGH LAW FIRM
3620 Pelham Road, PMB #213
Greenville, South Carolina 29615
hfreeman@kimandlahey.com

Clifton E. Slaten
SLATEN LAW, P.C.
7027 Halcyon Park Drive
Montgomery, AL 36117
cslaten@slatenlaw.com

                                          */s/ Jonathan K. Corley*
                                          Jonathan K. Corley