IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, <br> An individual Alabama citizen, <br><br> Plaintiff, <br><br> v. <br><br> TREIS BLOCKCHAIN, LLC, ET. AL <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 3:23-CV-299-RAH-SMD <br> ) <br> ) <br> ) <br> ) |

**RESPONSE TO COURT ORDER**

COME NOW the defendants identified in the amended complaint as Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith and in response to this Honorable Court's Order of July 22, 2024 (doc. 102) state as follows:

1. These defendants agree that the Plaintiff's *ex parte Motion for Preliminary Injunction* may be denied as moot.

Respectfully submitted this the   24th   day of July, 2024.

                                      /s Joshua J. Jackson
                              Joshua J. Jackson (ASB-8286-U79J)

**SAMFORD & DENSON, LLP**
P.O. Box 2345
Opelika, AL  36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

       /s Hunter S. Freeman
       Hunter S. Freeman (pro hac vice)
       Attorneys for Defendants Treis Blockchain, LLC,
       Cevon Technologies, LLC, Stronghold Digital
       Mining, LLC, Michael Bolick, Brian Lamberti,
       David Pence, and Senter Smith

**KIM LAHEY & KILLOUGH LAW FIRM**
3620 Pelham Road, PMB #213
Greenville, SC 29615
Phone: (864) 973-6688
hfreeman@kimandlahey.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the __24th__ day of __July__, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
PO Box 106
Opelika, AL 36803-0106
jcorley@wwp-law.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, CO 80111
carissa@searslaw.org

Clifton E. Slaten
Slaten Law, P.C.
7027 Halcyon Park Drive
Montgomery, AL 36117
cslaten@slatenlaw.com

       /s Joshua J. Jackson
       OF COUNSEL