IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:23-cv-299-RAH-SMD |
| | ) |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 13, 2023, Plaintiff Mark Grams filed an *ex parte Motion for Preliminary Injunction*. (Doc. 71.) Pursuant to this Court's July 22, 2024, order (doc. 102), the Plaintiff notified the Court that he had no opposition to the motion being denied without prejudice (doc. 105).

Accordingly, the *Motion for Preliminary Injunction* (doc. 71) is **DENIED without prejudice**.

**DONE**, on this the 24th day of July, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1