# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MARK GRAMS,** ) | |
| an individual Alabama citizen, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| vs. ) | **3:23-CV-00299-SMD** |
| ) | |
| **TREIS BLOCKCHAIN, LLC,** ) | |
| **CHAIN ENTERPRISES, LLC,** ) | |
| **CEVON TECHNOLOGIES, LLC,** ) | |
| **STRONGHOLD DIGITAL MINING,** ) | |
| **LLC, DAVID PENCE, MICHAEL** ) | |
| **BOLICK, SENTER SMITH,** ) | |
| **BRIAN LAMBRETTI, AND** ) | |
| **JOHN CHAIN,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS JOHN CHAIN AND CHAIN ENTERPRISES, LLC'S ANSWER TO AMENDED COMPLAINT, SUBJECT TO PARTIAL MOTION TO DISMISS

COME NOW Defendants John Chain ("Defendant" or "Chain" hereafter) and Chain Enterprises, LLC ("Defendant" or "CEL" hereafter), by and through the undersigned counsel, and respond to Plaintiff's Amended Complaint as follows:

1. These Defendants filed a Renewed and Supplemental Motion to Dismiss Plaintiff's Amended Complaint on July 25, 2024. (Doc. 108). Said motion is dispositive as to all claims in the Amended Complaint except Count VII for Breach

1

of Contract. Defendants' answer herein is directed only to the breach of contract count.

2.   These Defendants plead the general issue, denying each and every material allegation in Count VII (Breach of Contract) of the Amended Complaint, specifically paragraphs 421 through 425, and demand strict proof thereof.

3.   These Defendants reserve the right to specifically answer, modify, amend, supplement and plead other avoidances or affirmative defenses upon the Court's ruling on these Defendants' Rule 12(b)(6) motion, and as becomes known as this matter progresses.

    Respectfully submitted,

    */s/ Clifton E. Slaten*
    **CLIFTON E. SLATEN (ASB-4091-N73C)**
    **ATTORNEY FOR CHAIN ENTERPRISES, LLC and JOHN CHAIN**

**OF COUNSEL:**
**SLATEN LAW, P.C.**
**7027 Halcyon Park Drive**
Montgomery, Alabama  36117
(334) 396-8882 Telephone
(334) 398-8880 Facsimile
cslaten@slatenlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
PO Box 106
Opelika, AL 36803-0106
jcorley@wwp-law.com

Joshua J. Jackson
SAMFORD & DENSON, LLP
P.O. Box 2345
Opelika, AL 36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

Carissa V. Sears
The Sears Law Office, LLC
7887 E. Belleview Ave. Suite 1100
Greenwood Village, CO 80111
carissa@searslaw.org

Hunter S. Freeman
KIM LAHEY &
KILLOUGH LAW FIRM
3620 Pelham Road, PMB #213
Greenville, SC 29615
Phone: (864) 973-6688
hfreeman@kimandlahey.com

*/s/ Clifton E. Slaten*
**Of Counsel**