UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS,<br>      Plaintiff,<br><br>v.<br><br>TREIS BLOCKCHAIN, LLC,<br>*et al.*,<br>      Defendants. | Case No. 3:23-cv-00299—<br>RAH—SMD |

## UNOPPOSED MOTION FOR MUTUAL EXTENSION OF TIME TO SUBMIT BRIEFS

Plaintiff Mark Grams, by and through undersigned counsel, submits this request for extension of time as follows:

1. Plaintiff's deadline to respond to Defendants' motions to dismiss is August 9, 2024.

2. Plaintiff has not previously requested an extension of this deadline.

3. Due to several conflicts Plaintiff has been unable to complete the responsive briefs.

4. Defendants do not oppose a mutual extension of deadlines as follows:

    a. Plaintiff's response to Treis, et, al extended seven days through August 16, 2024.

    b. Defendants' response to this brief extended through August 28, 2024.

    c. Plaintiff's response to the Chain briefing extended through August 23, 2024.

    d. Chain, et. al's deadline to respond to this brief extended through September 6, 2024.

5. Counsel diligently attempted to prepare the briefs; however, the briefs are lengthy and detailed.

6. We respectfully request a brief extension to prepare meaningful and well-supported responses for the Court.

7. Defense counsel does not oppose the relief requested, which would not prejudice the defense.

Wherefore, Plaintiff respectfully requests that the deadlines be extended as set forth in Paragraph 4(a) thorugh 4(d).

    Respectfully submitted,

*/s/ Carissa V. Sears*
Carissa V. Sears (CO #33980)
The Sears Law Office, LLC
Denver, Colorado 80220
720.412.1172
***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 5th day of April, 2024, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record via e-mail:

Joshua J. Jackson
SAMFORD & DENSON, LLP
Post Office Box 2345
Opelika, Alabama 36803-2345
jackson@samfordlaw.com

                                              */s/ Carissa V. Sears*
                                              Carissa V. Sears