IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARK GRAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:23-cv-00299—RAH |
| | ) | |
| TREIS BLOCKCHAIN, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the *Unopposed Motion for Mutual Extension of Time to Submit Briefs* (Doc. 110), it is **ORDERED** that the Motion is **GRANTED**. Accordingly, it is **ORDERED** that:

1. Plaintiff's deadline for filing a response to Treis, *et al.*'s motion is **EXTENDED** to August 16, 2024.
2. Defendants' deadline for filing a response to Plaintiff's brief is **EXTENDED** to August 28, 2024.
3. Plaintiff's deadline for filing a response to Chain, *et al.*'s brief is **EXTENDED** to August 23, 2024.
4. Chain, *et al.*'s deadline for filing a response to Plaintiff's brief is **EXTENDED** to September 6, 2024.

**DONE** and **ORDERED** this 12th day of August, 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE