# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, ) | |
|     Plaintiff, ) | |
| ) | Case No. 3:23-cv-00299—RAH—SMD |
| ) | |
| v. ) | |
| ) | |
| ) | |
| TREIS BLOCKCHAIN, LLC, *et al.*, | |
|     Defendants. | |

## MOTION FOR ENLARGEMENT OF PAGE LIMITATION

Plaintiff Mark Grams, by and through undersigned counsel, respectfully requests this Honorable Court to enlarge the page limitation applicable to the brief contemporaneously filed, ECF 113.

1. Defendants were permitted to file a 45-page brief.

2. Plaintiff has responded to same in less than 35 pages, attempting to be concise while addressing all arguments raised.

3. Given the number of claims Defendants moved to dismiss, against several defendants, and the complexity of the arguments, it would have prejudiced Grams to attempt to further limit the brief.

Wherefore, Plaintiff respectfully prays the Court will grant his motion for englargement of page limitation.

Respectfully submitted this 16th day of August, 2024.

        Respectfully submitted,

        */s/ Carissa V. Sears*
        Carissa V. Sears (CO #33980)
        The Sears Law Office, LLC
        7887 E. Belleview Ave. Suite 1100
        Denver, Colorado 80111
        720.412.1172
        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of August, 2024, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record via e-mail:

Joshua J. Jackson
SAMFORD & DENSON, LLP

Hunter S. Freeman
KIM LAHEY & KILLOUGH LAW FIRM

Jonathan K. Corley
Whittelsey & Corley, LLC

Clifton Slaten
Slaten Law, P.C.

        */s/ Carissa V. Sears*
        Carissa V. Sears