IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK GRAMS, )<br>An individual Alabama citizen, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TREIS BLOCKCHAIN, LLC, ET. AL )<br>)<br>Defendants. ) | CASE NO. 3:23-CV-299-RAH |

## MOTION FOR ENLARGEMENT OF PAGE LIMITATION

COME NOW Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith ("Defendants") and respectfully request this Honorable Court to enlarge the page limitation applicable to these Defendants' upcoming reply brief in support of Defendants' renewed motion to dismiss. Defendants further state as follows:

1. The Standard Briefing Order (Doc. 64) sets forth a 15 page limitation on reply briefs accompanying dispositive motions.

2. Defendants intend to file a reply brief in support of their renewed Rule 12(b)(6) motion tomorrow, August 28, 2024.

1

3. Because of the volume of issues and claims, additional pages are needed. Moreover, Defendants plan to file one consolidated reply brief, on behalf of all seven of these Defendants. Accordingly, Defendants request that the Court allow them to submit one consolidated reply brief in support of their motion to dismiss pursuant to Rule 12(b)(6), not to exceed 23 pages.

Respectfully submitted this the  27th  day of August, 2024.

/s Joshua J. Jackson
Joshua J. Jackson (ASB-8286-U79J)

**SAMFORD & DENSON, LLP**
P.O. Box 2345
Opelika, AL  36803-2345
Telephone (334) 745-3504
Email: jackson@samfordlaw.com

/s Hunter S. Freeman
Hunter S. Freeman (pro hac vice)
Attorneys for Defendants Treis Blockchain, LLC, Cevon Technologies, LLC, Stronghold Digital Mining, LLC, Michael Bolick, Brian Lamberti, David Pence, and Senter Smith

**KIM LAHEY & KILLOUGH LAW FIRM**
3620 Pelham Road, PMB #213
Greenville, SC 29615
Phone: (864) 973-6688
hfreeman@kimandlahey.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the __27th__ day of __August__, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Jonathan K. Corley  
WHITTELSEY & CORLEY, LLC  
PO Box 106  
Opelika, AL 36803-0106  
jcorley@wwp-law.com

Carissa V. Sears  
The Sears Law Office, LLC  
7887 E. Belleview Ave. Suite 1100  
Greenwood Village, CO 80111  
carissa@searslaw.org

Clifton E. Slaten  
Slaten Law, P.C.  
7027 Halcyon Park Drive  
Montgomery, AL 36117  
cslaten@slatenlaw.com

                                                 /s Joshua J. Jackson  
                                           OF COUNSEL