IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARK GRAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:23-cv-00299-BL |
| | ) | |
| TREIS BLOCKCHAIN, LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Plaintiff first advised the court on December 16, 2025, that the parties had settled this case. (Doc. 151).  On December 16, 2025, the court stayed this case and gave the Plaintiff until January 15, 2026, to file settlement papers.  (Doc. 152). On request of the Plaintiff, the court later extended that time to include February 5, 2026.  (Doc. 154).  To date, the Plaintiff has not filed settlement papers.

To remove this case from the court's administrative docket, the court hereby **LIFTS** the stay previously entered and **DISMISSES** this case without prejudice to reinstatement if either party notifies the court within 60 days of entry of this order that settlement has not been reached.

2

**DONE** and **ORDERED** on this the 9th day of February, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE